**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-2404-RMR-NRN

INDIAN HARBOR INSURANCE COMPANY,

    Plaintiff / Counterclaim Defendant,

    v.

HOUSTON CASUALTY COMPANY,

    Defendant / Counterclaim Plaintiff.

___

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
___

The Parties, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41, stipulate to dismiss this matter with prejudice.

1. The Parties have reached a settlement of all claims pertinent to this action.

2. The Parties stipulate to a dismissal of all claims with prejudice.

3. Each party shall pay its own fees and costs.

Respectfully submitted this 2nd day of August, 2022.

/s/   Jane E. Young
Jane E. Young
Monica L.C. Lester
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO  80155-4467
Telephone:     (303) 293-8800
Facsimile:      (303) 839-0036
E-Mail:          jyoung@mdmc-law.com
                     mlclester@mdmc-law.com
*Attorneys for Plaintiff / Counterclaim Defendant Indian Harbor Insurance Company*

/s/   Jennifer C. Arnett
Jennifer C. Arnett, Esq.
Arnett Litigation, LLC
1630 30th St., Ste. A-184
Boulder, Colorado 80301
Tel: (710) 726-5852
E-Mail: jennifer@arnettlawyers.com
*Attorney for Defendant / Cross-Claim Plaintiff, Houston Casualty Company*

**CERTIFICATE OF SERVICE**

I certify that on August 2nd, 2022, the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE was electronically filed with the Clerk of Court and served to the parties of record using the CM/ECF system.

*/s/     Jane E. Young*
Jane E. Young #30624
Monica L.C. Lester #32039
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO  80155-4467
Telephone:     (303) 293-8800
Facsimile:     (303) 839-0036
E-Mail:        jyoung@mdmc-law.com
               mlclester@mdmc-law.com
*Attorneys for Indian Harbor Insurance Company*